**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD ANTHONY WILFORD, | No. 4:25-CV-01928 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN OF FPC-SCHUYLKILL, | |
| Respondent. | |

## <u>ORDER</u>

**AND NOW**, this 24th day of June 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Petitioner Richard Anthony Wilford's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of habeas jurisdiction.

2.  The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge